UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


FARHANG NAHADIANFARD,

      Petitioner,

v.                            Case No.  6:26-cv-00157-GAP-RMN

PAMELA BONDI, et al.,

      Respondents.

_____/

**ORDER**

Petitioner Farhang Nahadianfard petitions, through counsel, for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 2-1).

Upon consideration, the following is **ORDERED**:

1. The Clerk of Court shall send a copy of the Petition for Writ of Habeas Corpus (Doc. 2-1) and this Order:

    a. by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.Orlando2241@usdoj.gov); and

    b. by **certified mail** to:

        i. Louis A. Quinones, Chief of Corrections, Orange County Jail, Corrections Administration, 3273 Vision Blvd, Orlando, Florida, 32839.

     ii.  Garrett J. Ripa, Miami Field Office Director, United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, Florida, 33324.

    iii.  Kristi Noem, Secretary, Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE, Washington, D.C., 20528-0485.

    iv.  Pamela Bondi, United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530.

  c.  All costs of service shall be advanced by the United States.

2.  Within **FIFTEEN (15) DAYS**[1] from the date of this Order, Respondents shall respond to the Petition and show cause why it should not be granted.

---

[1] Petitioner requests a three-day deadline to show cause under 28 U.S.C. § 2243, which provides that a response to the order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." The Court sets a fifteen-day deadline upon considering the necessary balance of Petitioner's circumstances with Respondent's need for sufficient time to investigate and respond to Petitioner's claims. This balance supplies the required good cause. Moreover, the Rules Governing § 2254 Cases are applicable to petitions filed under § 2241. *See* Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts. Despite the deadline set forth in Section 2243, a district court retains discretionary authority to set deadlines under Rule 4 of the Rules Governing § 2254 Cases. *See, e.g., Baker v. Middlebrooks*, No. 5:08CV44-RS-MD, 2008 WL 938725, at *1 (N.D. Fla. Apr. 8, 2008) (collecting cases).

3. After Respondents file a response, Petitioner shall have **TEN (10) DAYS** to file a reply.

   **DONE** and **ORDERED** in Orlando, Florida on January 23, 2026.



**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record

Louis A. Quinones, Chief of Corrections, Orange County Jail

Garrett J. Ripa, Miami Field Office Director, United States Immigration and Customs Enforcement

Kristi Noem, Secretary, United States Department of Homeland Security

Pamela Bondi, United States Attorney General,