UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FARHANG NAHADIANFARD,

    Petitioner,

v.                                  Case No.  6:26-cv-157-GAP-RMN

PAMELA BONDI, et al.,

    Respondents.
_____/

**ORDER**

This cause is before the Court on Petitioner's Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction. Doc. 18.

In their Response in Opposition to Petition for Writ of Habeas Corpus (Doc. 17), Respondents asserted that Petitioner is subject to the detention authority set forth at 8 U.S.C. § 1226(a). *Id.* at 2. In his Motion, Petitioner contends that, at his bond hearing on February 11, 2026, an immigration judge took no action because he allegedly had "no discretion to issue a bond." *Id.* at 2; *see also id.* at 22.

This Court has determined that under 1226(a), a petitioner is entitled to a bond hearing within a reasonable time after his arrest.[1] *See Perez v. Quinones, et al.*, No. 6:26-cv-228-GAP-DCI, (M.D. Fla. Feb. 9, 2026), Doc. 20.

Accordingly, it is **ORDERED** that Petitioner's Motion for TRO (Doc. 18) is **GRANTED in part** as follows:

1. Respondents and those in privity with them are hereby **TEMPORARILY ENJOINED** from transferring Farhang Nahadianfard from the State of Florida until **further order of the Court**. *See Garcia v. Quinones, et al.*, No. 6:26-cv-181-GAP-DCI (M.D. Fla. Feb. 9, 2026), Doc. 6.

2. Respondents shall **SHOW CAUSE** in writing by **noon on February 13, 2026,** why Petitioner should not be released immediately.

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, just last week, in two other related cases, Respondents conceded that similarly situated petitioners were due to be released. *See Garcia v. Quinones, et al.*, No. 6:26-cv-181-GAP-DCI (M.D. Fla. Feb. 9, 2026), Doc. 17; *Anzola v. Quinones, et al.*, No. 6:26-cv-180-GAP-NWH (M.D. Fla. Feb. 9, 2026), Doc. 14.

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director at OPLAORLFEDLIT@ice.dhs.gov